TARA K. MCGRATH
United States Attorney
PATRICK SWAN/KATHERINE MCGRATH
Assistant United States Attorneys
California Bar Nos. 306526/287692
Office of the U.S. Attorney
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-8450/9054
Email: Patrick.swan@usdoj.gov
Email: Katherine.mcgrath@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 24-CR-2111-TWR |
|---|---|
| Plaintiff, | **UNITED STATES' MOTION TO SHORTEN TIME** |
| v. | |
| MARK LARSEN (1), CASK TECHNOLOGIES, LLC (2), | Date: December 6, 2024<br>Time: 1:30 pm |
| Defendants. | |

The United States respectfully requests an order shortening time to December 3, 2024, to file its Local Rule 16.1(a) Status Report Regarding Discovery.

//
//
//
//
//
//
//
//

1

This relief is requested because the undersigned Assistant United States Attorney was out of the district from November 24-29, 2024; the parties have been in ongoing discussions regarding the joint motion for a protective order regarding discovery, which was not agreed upon and filed until December 2, 2024; and counsel for both parties are requesting a continuance of the Motion Hearing/Trial Setting on December 6, 2024 to permit the production and review of a voluminous amount of discovery.

Dated: December 3, 2024

Respectfully submitted,

TARA K. MCGRATH
United States Attorney

/s/ *Katherine E. A. McGrath*
KATHERINE E. A. MCGRATH
Assistant U.S. Attorney