

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MARK LARSEN (1), ) <br> CASK TECHNOLOGIES, LLC (2), ) <br> ) <br> Defendants. ) <br> ) | Case No. 24-cr-2111-TWR <br><br> **ORDER EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT** |

On October 10, 2025, the United States filed an unopposed motion for an Order setting forth the basis of this Court's findings under the Speedy Trial Act that the ends of justice served by the continuance of this matter from October 3, 2025 to October 17, 2025 outweigh the best interest of the public and the defendant in a speedy trial. For good cause appearing, the Court GRANTS the motion (ECF No. 42) and renews its finding that this case is complex, due to the nature of the prosecution, and that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself within the time limits established by the Speedy Trial Act, including the two-week period identified above. *See* 18 U.S.C. § 3161(h)(7)(A), (B)(ii). Further, the Court finds that time is properly excluded

1  because there are pending motions that have not been disposed of, 18 U.S.C. §
2  3161(h)(1)(D), and that time is otherwise excludable in the ends of justice for the reasons
3  set forth by the Court at the Motion Hearing/Trial Setting on April 11, 2025, *see* ECF No.
4  37, including that a failure to grant the continuance would deny counsel the reasonable
5  time necessary for effective preparation, taking into account the exercise of due diligence.
6  *See* 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

**IT IS SO ORDERED.**

Dated: 10/17/25

**Hon. Todd W. Robinson**
United States District Judge
Southern District of California

-2-