FILED

JUN 3 0 2026

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

          Plaintiff,

      v.

MARK LARSEN (1),
CASK TECHNOLOGIES, LLC (2),

          Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 24-cr-2111-TWR

**ORDER AND JUDGMENT OF DISMISAL WITHOUT PREJUDICE**

Upon the unopposed motion of the United States, pursuant to Federal Rule of Criminal Procedure 48(a), IT IS HEREBY ORDERED that the indictment in the above-captioned case is hereby dismissed without prejudice as to defendants Mark Larsen and Cask Technologies, LLC. The bond for Mark Larsen is hereby exonerated.

**IT IS SO ORDERED AND ADJUDGED.**

DATED: ___6/30/26___

_____
HON. TODD W. ROBINSON
United States District Judge